AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Andres Leroy Glenn, Washington R., | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    1:15-cv-02958-CMC-SVH |
| | ) | |
| | ) | |
| | ) | |
| Betrice Early; James Crocaine; Cherry James, | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■   The plaintiff, Andres Leroy Glenn, shall take nothing of the defendants, Betrice Early; James Crocaine; Cherry
James, and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the
complaint without prejudice.

Date:    October 1, 2015                               *ROBIN L. BLUME, CLERK OF COURT*


                                                       s/M. Walker
                                          _____
                                               *Signature of Clerk or Deputy Clerk*